UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROCHEL STERN on behalf of herself and all other similarly situated consumers

        Plaintiff,

-against-

GC SERVICES LIMITED PARTNERSHIP

        Defendant.

---

Case No.

1:17-cv-00564-WFK-SMG

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
      June 17, 2017

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: New York, New York
      June 17, 2017

/s/ Adam Patrick Hartley
Adam Patrick Hartley, Esq.
Ballard Spahr LLP
Attorney for the Defendant
919 Third Avenue, 37th Floor
New York, New York 10022
Office: (212) 346-8033
Fax: (212) 223-1942
E-mail: hartleya@ballardspahr.com

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 19 2017 ★
BROOKLYN OFFICE

The application is ✓ granted.
SO ORDERED ~~denied.~~

S/ WFK II
William F. Kuntz, II, U.S.D.J.
Dated: June 19, 2017
    Brooklyn, New York